UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-mj-03751-REID

UNITED STATES OF AMERICA

v.

MIGUEL ALEJANDRO PASTRAN HERNANDEZ,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?   No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

4. Did this matter involve the participation of or consultation now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  *Elizabeth Hannah*
Elizabeth Hannah
Assistant United States Attorney
Court ID No. A5503171
99 Northeast 4th Street
Miami, FL 33132
(305) 961-9019
Elizabeth.Hannah@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| --- | --- |
| v. | ) |
| | ) Case No. 24-mj-03751-REID |
| MIGUEL ALEJANDRO PASTRAN HERNANDEZ, | ) |
| | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 18 to 19, 2024__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1201(a)(1) | Kidnapping |
| 18 U.S.C. § 2119(1) | Carjacking |
| 18 U.S.C. § 924(c)(1)(A)(ii) | Possessing a firearm in furtherance of a crime of violence |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Pavletic, Special Agent, FBI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: August 20, 2024

_____
*Judge's signature*

City and state: Miami, Florida    Honorable Lisette M. Reid, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Thomas Pavletic, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in Title 18 of the United States Code. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2019. I am currently assigned to the Miami Field Office South Florida Violent Crimes Task Force, which targets individuals involved in violent crime. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques and the application and execution of arrest and search warrants.

2. I make this Affidavit in support of a criminal complaint charging MIGUEL ALEJANDRO PASTRAN HERNANDEZ ("PASTRAN") with one count of kidnapping, in violation of Title 18, United States Code, Section 1201(a)(1); one count of carjacking with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119(1); and one count of possessing a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

3. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement officials involved in this investigation. I have not included in this Affidavit each and every fact known to me about this investigation. Rather, I have included only the facts that are sufficient to establish probable cause to arrest PASTRAN for the violations described above.

## PROBABLE CAUSE

4. On or about Friday, August 16, 2024, at approximately 10:27 PM, VICTIM 1 was working for a ride sharing application in the area of Arlington, Texas, when VICTIM 1 picked up "Alex" (later identified by law enforcement as PASTRAN), as arranged through the application. VICTIM 1 drove PASTRAN to the location designated by the application, a gas station that appeared to be closed. PASTRAN then produced a firearm, and at that point, VICTIM 1 heard the sound of the firearm being chambered. VICTIM 1 offered PASTRAN whatever possessions VICTIM 1 had in the car, and PASTRAN threatened that he was going to tie VICTIM 1 up and put VICTIM 1 in the back of the vehicle. VICTIM 1 then pleaded with PASTRAN to allow VICTIM 1 to drive, in order to flee if given the opportunity.

### *The Kidnapping*

5. PASTRAN ordered VICTIM 1 to drive towards Florida and maintain the speed limit. PASTRAN told VICTIM 1 that he (PASTRAN) had firearms in the car inside of his suitcases. VICTIM 1 complied and began driving, making turns and following PASTRAN's orders. At this point, VICTIM 1 did not feel in control of the vehicle and felt obliged to follow PASTRAN's orders. VICTIM 1 drove until approximately 11:00 AM on Saturday, August 17, 2024, when PASTRAN began demanding VICTIM 1 call VICTIM 1's children, providing specific instructions on what to say and do. For example, PASTRAN instructed VICTIM 1 to tell VICTIM 1's children that VICTIM 1 was on a long work trip so the children would not be suspicious of VICTIM 1's absence. At around this time, PASTRAN and VICTIM 1 were driving through Louisiana making their way toward Florida.

6. PASTRAN discovered that VICTIM 1 had a firearm in the vehicle, a blue in color 9mm handgun. The firearm was unloaded, and VICTIM 1 had the ammunition stored separately

in the vehicle (per local laws). PASTRAN took the firearm and ammunition and kept it in his possession for the duration of the kidnapping.

7. PASTRAN ordered VICTIM 1 to continue driving east toward Miami, Florida. By Saturday evening, August 17, 2024, they had arrived in Florida. On Sunday, August 18, 2024, PASTRAN ordered VICTIM 1 to drive to Miami Beach, Florida, at which time PASTRAN surveilled an additional potential victim ("VICTIM 2"), advising VICTIM 1 that he (PASTRAN) intended to kidnap VICTIM 2 and hold VICTIM 2 for a $3,000,000 ransom.

8. On Monday, August 19, 2024, PASTRAN made VICTIM 1 drive to a Dollar General store in Hialeah, Florida, to purchase supplies for the kidnapping of VICTIM 2. VICTIM 1 was able to hide in the bathroom of the store. PASTRAN took VICTIM 1's car keys while VICTIM 1 was in the bathroom. Shortly after, law enforcement officers arrived, and PASTRAN fled the area on foot.

### *PASTRAN's Arrest and Statement*

9. Approximately three hours later, on August 19, 2024, law enforcement located PASTRAN in Hollywood, Florida. PASTRAN attempted to flee again when law enforcement approached him but was ultimately detained. Law enforcement observed PASTRAN attempting to remove a cross-body bag as he was fleeing. Inside of that bag, law enforcement found a blue 9mm handgun, matching the description provided by VICTIM 1 and identified by VICTIM 1 as VICTIM 1's firearm. The firearm was loaded and had a bullet in the chamber.

10. PASTRAN was advised of his *Miranda* rights and voluntarily and knowingly waived those rights and agreed to speak with law enforcement. PASTRAN admitted that he had ordered a ride share in Texas and had kidnapped VICTIM 1 at gunpoint. PASTRAN confirmed he made VICTIM 1 drive him to Florida and that VICTIM 1 was not free to leave. PASTRAN

further stated he had taken VICTIM 1's firearm and had kept it in his possession for the duration of the kidnapping.

## CONCLUSION

11. Based on the above information, I respectfully submit that there is probable cause to believe that, on or about August 19, 2024, in Miami-Dade County, in the Southern District of Florida, PASTRAN violated Title 18, United States Code, Sections 1201(a)(1), 2119(2), and 924(c).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
THOMAS PAVLETIC, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___Face Time___ on this _20th_ day of August 2024.

_____
HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

4